DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UMPQUA BANK, an Oregon corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | No. 2:20-CV-01367 JAM CKD<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  John A. Mendez<br>Date Action Filed:  July 7, 2020<br><br>Trial Date: None Set |

Upon considering the parties' Stipulation and Request to Extend Time to Respond to the Complaint:

IT IS HEREBY ORDERED THAT the deadline for Defendant UMPQUA BANK to respond to the Complaint in this case shall be extended to December 2, 2020.

DATED: November 6, 2020    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300